**1ST JUDICIAL DISTRICT COURT**
**PARISH OF CADDO**
**STATE OF LOUISIANA**

| | |
|---|---|
| **LINDA DAVIS, individually and on behalf of all others similarly situated**<br><br>**Plaintiff,**<br><br>v.<br><br>**PMG OPCO-GUEST HOUSE, L.L.C. d/b/a THE GUEST HOUSE SKILLED NURSING AND REHABILITATION AND PRIORITY MANAGEMENT GROUP, L.L.C.**<br><br>**Defendants.** | **Civil Action No. 636,750-A**<br><br>**Judge Ramon Lafitte** |

**NOTICE OF REMOVAL**

On May 31, 2022, Defendants, PMG OPCO-Guest House, L.L.C. d/b/a the Guest House Skilled Nursing and Rehabilitation, and Priority Management Group, L.L.C., filed their Notice of Removal in the United States District Court for the Western District of Louisiana. The 1st Judicial District Court is respectfully requested to proceed no further in this action, unless and until such time as the case may be remanded by order of the United States District Court for the Western District of Louisiana. 28 U.S.C. § 1446(d). The Notice of Removal filed in the federal district court is attached hereto as Exhibit "A".

Dated: May 31, 2022          Respectfully submitted,

**FAIRCLOTH MELTON SOBEL & BASH, LLC**

By:   */s/ Jimmy R. Faircloth, Jr.*
      Jimmy R. Faircloth, Jr. (T.A.)(La. #20645)
      jfaircloth@fairclothlaw.com
      Mary Katherine Price (La. #38576)
      kprice@fairclothlaw.com
      Richard F. Norem, III (La. #38849)
      enorem@fairclothlaw.com
      105 Yorktown Drive
      Alexandria, Louisiana 71303
      Telephone: (318) 619-7755
      Facsimile: (318) 619-7744

      *Attorneys for Defendants, PMG OPCO-Guest House, L.L.C. d/b/a the Guest House Skilled Nursing and Rehabilitation, and Priority Management Group, L.L.C.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing was served on all counsel of record via e-mail, as follows:

| | |
|---|---|
| Matthew M. Coman | Stephen M. Huber |
| Jordan M. Jeansonne | Christopher Whelen |
| **Garcia & Artigliere** | **Huber Thomas & Marcelle LLP** |
| 400 Poydras Tower | 1100 POoydras Street, Suite 2200 |
| 400 Poydras Street, Suite 2045 | New Orleans, LA 70163 |
| New Orleans, LA 70130 | stephen@huberthomaslaw.com |
| edocs@lawgarcia.com | christopher@huberthomaslaw.com |

Alexandria, Louisiana, this 31st day of May, 2022.

                         */s/ Jimmy R. Faircloth, Jr.*
                              OF COUNSEL