UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LINDA DAVIS | CIVIL CASE NO. 22-CV-1447 |
| VERSUS | JUDGE DONALD E. WALTER |
| PMG OPCO-GUEST HOUSE, LLC, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to remand (Record Document 7) is **GRANTED**, and Plaintiff's claims are remanded to the First Judicial District Court, Parish of Caddo, State of Louisiana.

**IT IS FURTHER ORDERED** that Plaintiff's request for costs and fees is **DENIED**.

THUS DONE in Chambers on this 16th day of September, 2022.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE